| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Carlos Antonio Pleitez | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/02/2024        Carlos Antonio Pleitez                /s/ Carlos Pleitez
                        Printed name of Debtor 1              Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____            _____              _____
                         Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                             F 1002-1.EMP.INCOME.DEC

**Earnings Statement**

**Carlos Pleitez**
15672 Ebel Rd
Tustin, CA 92780
SSN: ••• •• 6770

**Pay Date**
Jan 17, 2024

**Pay Period**
Jan 1, 2024 — Jan 15, 2024

**Castro Enterprises Interpreting Inc**
22 Maryland
Irvine, CA 92606
714-775-8089

Square Payroll

| Hours and Earnings | Current | YTD |
|---|---|---|
| 47 Regular Hours $24.00/hour | $1,128.00 | $1,128.00 |
| **Gross Pay** | **$1,128.00** | **$1,128.00** |

| Taxes and Adjustments | | |
|---|---|---|
| Federal Income Tax | $53.00 | $53.00 |
| Employee Social Security | $69.94 | $69.94 |
| Employee Medicare | $16.36 | $16.36 |
| CA State Income Tax | $8.53 | $8.53 |
| CA State Disability Insurance | $12.41 | $12.41 |
| **Net Pay** | **$967.76** | **$967.76** |

| Payout Amounts | | |
|---|---|---|
| Chase | $967.76 | |

**Earnings Statement**

**Carlos Pleitez**
15672 Ebel Rd
Tustin, CA 92780
SSN: ••• •• 6770

**Pay Date**
Feb 5, 2024

**Pay Period**
Jan 16, 2024 — Jan 31, 2024

| Hours and Earnings | Current | YTD |
|---|---|---|
| 96 Regular Hours $24.00/hour | $2,304.00 | $3,432.00 |
| **Gross Pay** | **$2,304.00** | **$3,432.00** |
| **Taxes and Adjustments** | | |
| Federal Income Tax | $190.00 | $243.00 |
| Employee Social Security | $142.84 | $212.78 |
| Employee Medicare | $33.40 | $49.76 |
| CA State Income Tax | $63.93 | $72.46 |
| CA State Disability Insurance | $25.34 | $37.75 |
| **Net Pay** | **$1,848.49** | **$2,816.25** |
| **Payout Amounts** | | |
| Chase | $1,848.49 | |

**Castro Enterprises Interpreting Inc**
22 Maryland
Irvine, CA 92606
714-775-8089


Square Payroll

# Earnings Statement

**Carlos Pleitez**
15672 Ebel Rd
Tustin, CA 92780
SSN: ••• •• 6770

**Pay Date**
Feb 21, 2024

**Pay Period**
Feb 1, 2024 — Feb 15, 2024

| Hours and Earnings | Current | YTD |
|---|---|---|
| 88 Regular Hours $24.00/hour | $2,112.00 | $5,544.00 |
| **Gross Pay** | **$2,112.00** | **$5,544.00** |
| **Taxes and Adjustments** | | |
| Federal Income Tax | $171.00 | $414.00 |
| Employee Social Security | $130.95 | $343.73 |
| Employee Medicare | $30.63 | $80.39 |
| CA State Income Tax | $54.93 | $127.39 |
| CA State Disability Insurance | $23.23 | $60.98 |
| **Net Pay** | **$1,701.26** | **$4,517.51** |
| **Payout Amounts** | | |
| Chase | $1,701.26 | |

**Castro Enterprises Interpreting Inc**
22 Maryland
Irvine, CA 92606
714-775-8089

Square Payroll