Certificate Number: 14912-CAC-DE-038263077

Bankruptcy Case Number: 24-10518



14912-CAC-DE-038263077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2024, at 9:01 o'clock PM EST, Carlos Pleitez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   March 9, 2024              By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor